

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00773-CR

Brian **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7615
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 4, 2013.

Karen Angelini, Justice